UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBIN FRANCIS SEILER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  CV-12-0107-JPH<br><br>JUDGMENT IN A<br>CIVIL CASE |

## DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: August 2, 2013

SEAN F. McAVOY
Clerk of Court

By: *s/Pam Howard*
Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**